Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF __Maine__
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 JUN 29 P 3:38

___Jeffrey Rivard___
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___State of Maine___
___Maine Supreme Court___
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

The Administrative Office of the U.S. Courts has created a number of forms available to pro se litigants. They can be found at http://www.uscourts.gov/forms/pro-se-forms

## About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Jeffrey Rivard
- Street Address: 435 Weatherhead Hollow Rd #1
- City and County: Guilford, Windham
- State and Zip Code: Vermont 05301
- Telephone Number: 508 310 3797
- E-mail Address: BLIGOVICH@GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: Janet Mills
- Job or Title (if known): Governor of Maine
- Street Address: 1 State House Station
- City and County: Augusta, Kennebec
- State and Zip Code: Maine 04333
- Telephone Number: 207 287 3531
- E-mail Address (if known):

**Defendant No. 2**

- Name: Maine Supreme Court
- Job or Title (if known): Law Court
- Street Address: 205 Newbury St Rm 139
- City and County: Portland, Cumberland
- State and Zip Code: Maine 04101
- Telephone Number: 207 822 4146

25

|   |   |
|---|---|
| E-mail Address (if known) | _____ |

Defendant No. 3

|   |   |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

|   |   |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

26

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_1996 Welfare Reform Act_
_Article III - Amendment V & XIV_
_precedence seems to be found James v. Strange_
_407 U.S. 128_

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an*

27

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am convicted in 2006-03041 Portland District Court for driving w/a suspended license. I sought to vacate this apparent miscarriage of justice in 2020 and am denied due to timeliness.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I asked the Maine Supreme Court to vacate the conviction and remove the record from the National Driver Registry. I believe this was an administrative policy abuse and I would like something done or for it as the Court pleases.

Portland Return of payments to 28 Portland Court in matter.

## III. Statement of Claim.

The matter stems from owed Child Support. Maines DHHS no longer retains payment history so I provided them with copies. Payments were being deducted from my paychecks. I had been paying a $60.00 a week amount from 2004 Biddeford District Court. Review of guidelines and my earnings history show this is much higher than I would have been ordered to pay. A ruling in 2006 by Administrative Law Court regarding a Social Security claim should have ended child support obligations back to 2004 on award of Supplemental Security Income and could have been viewed in retrospect by maines Courts. Instead I waived overpayments in 2008 and 2016 by agreement.

III <u>Statement of Claim</u> pg 02

my license was suspended by Maine Dept of Health & Human Services Nov 14th 2005

....And for failure to pay fees court Feb 26th 2007

....And for Failure to Pay Fine suspension for Driving while License Suspended May 4th 2007.

I was arrested for the Failure to pay 06/26/2007 by Biddeford Police officer Lawrence Ayo's who illegally profiled me to search for warrants and then filed a false report. The payment of bail to release me from the police department jail cell was the remainder of the fine. I am considered low income and resided in a homeless shelter found in docket Maine v Rivard Portland District Court 06-3041 I also contend I mailed for enlargement and it may have never been responded to.

III Statement of Claim       Pg 03

There is some further concern that upon the traffic stop on 04-24/2006 PorDC CR 06 3041 Maine v Rivera

Officer Jeff Tully took an old permit to drive from my wallet and never documented it and they are suppose to provide that to the Commissioner of Maine (DMV) Department of Motor Vehicles.

I have back pain at 37 from stress of competing w/ drivers and I believe this had many social / occupational / physical / financial and probably other affects/effects.

The matter PorDC Maine v Rivera 06-3041 is a criminal docket record. Due to administrative irregularities upon payments throughout years 2004-2008, due to the court ruling from an Maine Admin Law court regarding award of SSI to 2004 and that this all could have been addressed at Biddeford District Court as that it could not be until 2008 to timeliness after child support modification at Biddeford District Court

III Statement of Claim          Pg 04

I believe the suspension of my license to drive is improper; where I am interested in April 24 2006 arrested during a routine pretextual traffic stop, and such conviction does sit in Maine, Massachusetts, possibly Vermont and Nationwide motor vehicle agencies as a National Highway Traffic Transportation Administration – National Driver Registry as a permanent record and an erroneous one if the license suspension were not observed. I definitely want the payments to the Court in Portland returned.

06/25/2021

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06 / 25, 2021.

Signature of Plaintiff _____
Printed Name of Plaintiff   Jeffrey Rivard

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
E-mail Address             _____

29