UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY RIVARD, | ) |
|         Plaintiff, | ) |
| v. | ) Docket no. 2:21-cv-00177-GZS |
| JANET MILLS, Governor of Maine, et al., | ) |
|         Defendants. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 31, 2021, his Order Granting Leave to Proceed In Forma Pauperis & Recommended Dismissal (ECF No. 8). No objections have been filed. Thus, this Recommended Dismissal is hereby **AFFIRMED**.

It is therefore **ORDERED** that:

1. Plaintiff's Complaint is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff's Request for Hearing Regarding Discovery Dispute (ECF No. 3) is hereby **DENIED as MOOT**.

SO ORDERED.

                                                      /s/ George Z. Singal
                                                    United States District Judge

Dated this 26th day of August, 2021.